IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PHILIP DUNLEAVEY, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>  v.<br><br>LUX VENDING, LLC<br>         Defendant. | Case No.<br><br>**CLASS ACTION**<br><br>**SUMMONS** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lux Vending, LLC c/o
Registered Agent:
Brandon Mintz
13828 Via Nadina
Delray Beach, FL 33446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Shamis & Gentile, P.A.
    Andrew J. Shamis, Esq.
    14 NE 1st Ave, STE 400
    Miami, FL 33132
    305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____ was received by me on *(date)*  _____  .

❐     I personally served the summons on the individual at *(place)*_____ _____On*(date)*_____:or

❐     I left the summons at the individual's residence or usual place of abode with *(name)*_____ _____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

❐     I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

❐     I returned the summons unexecuted because _____ ; or

❐     Other (specify);

My fees are $_____ for travel and $ _____ for services, for a total of $_____0,00_____

I declare under penalty of perjury that this information is true.

Date _____                         _____

                                                                          *Servers Signature*

_____
*Printed name and title*

_____
*Server's Address*