# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

PHILIP DUNLEAVEY, individually and on behalf of
all others similarly situated,

               Plaintiff,

   v.

LUX VENDING, LLC
              Defendant.

Case No.  3: /ex/43589/F RI

**CLASS ACTION**

**<u>SUMMONS</u>**

---

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lux Vending, LLC c/o
Registered Agent:
Brandon Mintz
13828 Via Nadina
Delray Beach, FL 33446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
14 NE 1st Ave, STE 400
Miami, FL 33132
305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 6, 2018
_____

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*
_____
Deputy Clerk
U.S. District Courts