# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:18-cv-21367

PHILIP DUNLEAVEY,  **CLASS ACTION**
individually and on behalf of all others
similarly situated,

Plaintiff,  **JURY TRIAL DEMANDED**

v.

LUX VENDING, LLC,

Defendant,

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, PHILIP DUNLEAVEY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby dismisses this this action as follows:

1. All claims of the Plaintiff, PHILIP DUNLEAVEY, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 12, 2018

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**

/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
14 NE 1st Ave.
Suite 400
Miami, Florida 33132
ashamis@shamisgentile.com
Telephone: 305.479.2299

Counsel for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 400
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:   /S/Andrew J. Shamis____
 ANDERW J. SHAMIS, ESQ
 Florida Bar # 101754

*Attorneys for Plaintiff PHILIP DUNLEAVEY and all others similarly situated.*